# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. REMBRANDT CARLOS KEMP, Defendant. | CR 22-86-GF-BMM ORDER |

The United States' Motion for Witness to Appear Remotely, is GRANTED, as there is good cause supporting that motion. Brandon Olson may appear via telephone at the scheduled suppression hearing in this matter.

The United States is directed to contact the Clerk's office for connection procedures.

DATED this 19th day of April, 2023

_____
Brian Morris, Chief District Judge
United States District Court