**ETHAN R. PLAUT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT  59403**
**119 First Ave. North, Suite 300**
**Great Falls, MT  59403**
**Phone:  (406) 761-7715**
**FAX:  (406) 453-9973**
**E-mail:  Ethan.Plaut@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. REMBRANDT CARLOS KEMP, Defendant. | CR 22-86-GF-BMM<br><br>TRIAL STIPULATIONS REGARDING CONTROLLED SUBSTANCES |
|---|---|

The United States of America, by and through Ethan R. Plaut, Assistant United States Attorney for the District of Montana, and the defendant, through defense counsel, Benjamin Darrow, provides the following stipulations to the

1

Court for purposes of trial in this matter.

### **Stipulation #1—Chain of Custody**

The parties stipulate and agree that the following exhibits are admissible in this case without the need for any further evidence or testimony as to their foundation, chain of custody, or authenticity:

1. Government Exhibit 1 – Fentanyl tablets purchased by Tri-Agency Task Force informant on or about January 13, 2021

2. Government Exhibit 2 – Fentanyl tablets seized from Martaveon Scott's person on or about January 13, 2021

3. Government Exhibit 3 – Methamphetamine seized from Martaveon Scott's person on or about January 13, 2021

4. Government Exhibit 4 – Methamphetamine seized from Rembrandt Kemp's person on or about January 13, 2021

5. Government Exhibit 5 – Methamphetamine seized from the trunk of a Chevy Malibu on or about January 13, 2021

The parties agree that Exhibits 1-5 were seized at the above locations and times and have remained in substantially the same condition throughout this case, except for any amounts used or retained by the Drug Enforcement Administration (DEA) Western Lab during analysis. No further evidence needs to be admitted for

proper chain of custody for these exhibits.

**Stipulation #2— Drug Testing**

The parties stipulate and agree that the following facts are true and admissible:

1.      Exhibits 1-5 were submitted to the DEA Western Laboratory for forensic drug analysis. They were analyzed by forensic chemists who are qualified by training and experience to analyze items for the presence or absence of controlled substances and to test controlled substances for purity. The chemists used reliable methods to analyze the exhibits and reached the following results.

2.      Government Exhibit 1 contained multiple visually identical pills weighing a total of 1.1 grams. Only one pill was tested. It contained the chemical compound N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, which is known as fentanyl.

3.      Government Exhibit 2 contained multiple visually identical pills weighing a total of 9.6 grams. Only one pill was tested. It also contained fentanyl.

4.       Government Exhibit 3 contained crystalline substance that was identified as methamphetamine. The weight of the crystalline substance, without packaging, was 29.926 grams. It was 95% pure, with a 6% potential variance. The amount of actual (pure) methamphetamine was 28.429 grams, with a potential

variance of 1.791 grams.

5. Government Exhibit 4 contained crystalline substance that was identified as methamphetamine. The weight of the crystalline substance, without packaging, was 4.455 grams. It was identified as 97% pure, with a 6% potential variance. The amount of actual (pure) methamphetamine was 4.321 grams, with a potential variance of 0.268 grams.

6. Government Exhibit 5 contained crystalline substance that was identified as methamphetamine. The weight of the crystalline substance, without packaging, was 3.013 grams. It was identified as 97% pure, with a 6% potential variance. The amount of actual (pure) methamphetamine was 2.922 grams, with a potential variance of 0.181 grams.

7. Methamphetamine and fentanyl are Schedule II controlled substances.

DATED this 5th day of June, 2023.

*/s/ Ethan Plaut*
ETHAN PLAUT
Assistant U.S. Attorney

*/s/ Benjamin Darrow*
BENJAMIN DARROW
Counsel for Defendant