UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-22-86-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| REMBRANDT CARLOS KEMP, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 11th day of September 2023.

Brian Morris, Chief District Judge
United State District Court