UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. REMBRANDT CARLOS KEMP, Defendant. | CR-22-86-GF-BMM<br><br>ORDER |
|---|---|

**IT IS HEREBY ORDERED** that the following drugs, weapons, and cash, which have been admitted as exhibits, shall be retained in the custody of the case agent CJ Reichelt during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter.

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | Fentanyl Tablets |
| 2 | Fentanyl Tablets |
| 3 | Methamphetamine |

| | |
|---|---|
| 4 | Methamphetamine |
| 5 | Methamphetamine |
| 6 | Cash |
| 7 | Firearm |
| | |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

DATED this 11th day of September 2023.

_____
Brian Morris, Chief District Judge
United State District Court